IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Eric R. Lovell, | ) | C/A: 3:11-995-JFA |
| Plaintiff, | ) ) | |
| vs. | ) | ORDER |
| Columbia Hospitality, LLC, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | | |

    The plaintiff has moved to strike the answer of Columbia Hospitality, LLC, and also moved for entry of default by the Clerk. The motion is grounded upon the fact that the defendant is a limited liability company organized and registered to do business in South Carolina. It is well-settled in this court that a corporation must be represented by a licensed attorney in this court. The answer filed in this case is signed by Mr. Thakor Patel, purporting to act as the "member/registered agent" of the corporate defendant.

    Because Mr. Patel is not an attorney licensed to practice before this court, the court must strike the defendant's answer. Rather than holding the defendant in default, however, the court will reset the clock for purposes of filing an answer to the complaint. Any answer or responsive pleading filed by defendant Columbia Hospitality, LLC, must be filed no later than 28 days from the date of entry of this order. If an answer or other responsive pleading is not filed and served by that date, the court will hold the corporate defendant in default.

    IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

August 16, 2011                                            Joseph F. Anderson, Jr.
Columbia, South Carolina                        United States District Judge